1  DOUGLAS A. WICKHAM, State Bar No. 127268
   LITTLER MENDELSON
2  A Professional Corporation
   633 West 5th Street, 63rd Floor
3  Los Angeles, CA 90071
   Telephone:   213.443.4300
4  Facsimile:   213.443.4299
   Email:       dwickham@littler.com
5
   BENJAMIN A. EMMERT, Bar No. 212157
6  JONATHAN HELLER, Bar No. 267542
   LITTLER MENDELSON, P.C.
7  50 West San Fernando Street, 7th Floor
   San Jose, CA 95113.2303
8  Telephone: 408.998.4150
   Fax No.: 408.288.5686
9  E-mail: bemmert@littler.com

10 Attorneys for Plaintiff
   MARSH & MCLENNAN AGENCY, LLC
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company, | Case No. 4:20-cv-02679-HSG |
| 16 | [Proposed] ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW THE *EX PARTE* APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF THE SUMMONS AND COMPLAINT ON DEFENDANT TEROS ADVISORS, LLC BY HAND DELIVERY TO THE CALIFORNIA SECRETARY OF STATE |
| 17  Plaintiff, | |
| 18  v. | |
| 19  TEROS ADVISORS, LLC, a California limited liability company, | |
| 20 | |
| 21  Defendant. | |
| 22 | Complaint Filed: April 17, 2020
Trial Date: Not Set |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

1.                                              Case No. 4:20-cv-02679-HSG

Order Granting Request To Withdraw *Ex Parte* Application Authorizing Service Of Complaint On Secretary Of State

Having read Plaintiff's Request to Withdraw the *Ex Parte* Application For An Order Authorizing Service Of The Summons And Complaint On Defendant Teros Advisors, LLC By Hand Delivery To The California Secretary Of State, and finding good cause therefore, the Court finds and Orders as follows (DKT 13):

Plaintiff's Request to Withdraw the *Ex Parte* Application For An Order Authorizing Service Of The Summons And Complaint On Defendant Teros Advisors, LLC By Hand Delivery To The California Secretary Of State is hereby withdrawn.

**IT IS SO ORDERED**

Dated: _____7/14/2020_____

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

4811-6235-6418.1 059121.1107

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

2.

Case No. 4:20-cv-02679-HSG

Order Granting Request To Withdraw *Ex Parte* Application Authorizing Service Of Complaint On Secretary Of State