DOUGLAS A. WICKHAM, State Bar No. 127268
LITTLER MENDELSON
A Professional Corporation
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299
Email: dwickham@littler.com

BENJAMIN A. EMMERT, Bar No. 212157
JONATHAN HELLER, Bar No. 267542
LITTLER MENDELSON, P.C.
50 West San Fernando Street, 7th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686
E-mail: bemmert@littler.com

Attorneys for Plaintiff
MARSH & MCLENNAN AGENCY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TEROS ADVISORS, LLC, a California limited liability company,<br><br>Defendant. | Case No. 4:20-cv-02679-HSG<br><br>**STIPULATION BY PLAINTIFF MARSH & MCLENNAN AGENCY, LLC AND DEFENDANT TEROS ADVISORS, LLC TO CONTINUE AUGUST 4, 2020, CASE MANAGEMENT CONFERENCE FOR 60 DAYS; [PROPOSED] ORDER**<br><br>[Civ. L.R. 6-1, 6-2, 16-2]<br><br>Complaint Filed: April 17, 2020<br>Trial Date: Not Set |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

1.     Case No. 4:20-cv-02679-HSG
Stipulation to Continue August 4, 2020, Case Management Conference

1  LAWRENCE HECIMOVICH (State Bar No. 129688)
   LHecimovich@moundcotton.com
2  MOUND COTTON WOLLAN & GREENGRASS, LLP
   2200 Powell Street, Suite 1050
3  Emeryville, CA 94608
   Telephone number (510) 900-9371
4  Facsimile (510) 900-9381

5

6  Attorneys for Defendant
   TEROS ADVISORS, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

2.                                          Case No. 4:20-cv-02679-HSG
Stipulation to Continue August 4, 2020, Case Management Conference

This Stipulation is made by and between Plaintiff Marsh & McLennan Agency, LLC (hereinafter "MMA" or "Plaintiff") and Defendant Teros Advisors, LLC (hereinafter "Teros" or "Defendant"), through their respective counsel of record, pursuant to Civil L.R. 6-1, Civil L.R. 6-2, and Civil L.R. 16-2(d) with reference to the following facts:

WHEREAS, MMA filed its Complaint on April 17, 2020. The Complaint names one defendant, Teros.

WHEREAS, after the Complaint was filed, MMA took steps to have the Summons and Complaint served on Teros' registered agent for service of process.

WHEREAS, MMA was unable to serve the Summons and Complaint because the office for Teros' registered agent for service of process was closed due to Covid 19.

WHEREAS, because it had been unable to serve Teros, on about June 17, 2020, MMA filed an *ex parte* application to serve the Summons and Complaint on California's Secretary of State.

WHEREAS, on July 9, 2020, Teros counsel, Mr. Barry Temkin, Esq. (email - BTemkin@moundcotton.com) and Mr. Larry Q. Hecimovich, Esq. (email - LHecimovich@moundcotton.com) of the law firm Mound Cotton Wollan & Greengrass, LLP, 2200 Powell Street, Suite 1050, Emeryville, CA 94608, telephone number (510) 900-9371; facsimile (510) 900-9381 contacted MMA's counsel and stated that they had been authorized to accept service of the Summons and Complaint in this matter pursuant to Waiver of the Service of Summons procedure under Northern District of California rules.

WHEREAS, MMA served the Summons, Complaint and associated case specific documents along with the Waiver form on Mr. Temkin and Mr. Hecimovich on July 10, 2020. Mr. Hecimovich signed the Waiver on July 10, 2020.

WHEREAS, pursuant to the waiver procedures, Teros' response to the Complaint is due September 8, 2020.

WHEREAS, MMA has filed a request that its *ex parte* application be withdrawn due to Teros' agreeing to the waiver of service of the Summons and Complaint.

WHEREAS, this Court currently has a case management conference set for July 21, 2020, at 2:00 p.m. (to discuss MMA's *ex parte* application) and an initial case management conference

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

3.     Case No. 4:20-cv-02679-HSG

Stipulation to Continue August 4, 2020, Case Management Conference

set for August 4, 2020 at 2:00 p.m.

WHEREAS, because the Summons and Complaint have recently been served on Teros and because Teros' deadline to respond to the Complaint is currently September 8, 2020, the Parties have met and conferred and agreed that it would be in the best interests of the Parties, and would conserve the resources of the Court, to continue the August 4, 2020 case management conference for 60 days from August 4, 2020.

WHEREFORE, the Parties enter into this Stipulation respectfully seeking an Order to continuing the August 4, 2020, case management conference and associated deadlines for a period of 60 days, or as soon thereafter as the Court's calendar permits.

**IT SO STIPULATED.**

Respectfully submitted.

Dated: July 15, 2020

*/s/ Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
MARSH & MCLENNAN AGENCY, LLC

Dated: July 15, 2020

*/s/ Lawrence Hecimovich*
LAWRENCE HECIMOVICH
MOUND COTTON WOLLAN &
GREENGRASS, LLP
Attorneys for Defendant
TEROS ADVISORS, LLC

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

4.   Case No. 4:20-cv-02679-HSG
Stipulation to Continue August 4, 2020, Case Management Conference

# [~~Proposed~~] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The August 4 2020, case management conference and associated deadlines is continued to _____October 6, 2020 at 2:00 p.m. The parties shall file a Joint Case Management Statement by noon on _____September 29, 2020.

Dated: 7/16/2020

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

4836-1976-0322.1 059121.1107

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

5.  Case No. 4:20-cv-02679-HSG
Stipulation to Continue August 4, 2020, Case Management Conference