UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARSH & MCLENNAN AGENCY, I

Plaintiff(s)

v.

TEROS ADVISORS, LLC

Defendant(s)

CASE No C 4:20-cv-02679-HSG

STIPULATION AND [XXXXXXXXX]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)
- ☒ other requested deadline: January 31, 2021

Date: September 28, 2020                              _____
                                                                        Attorney for Plaintiff

Date: September 28, 2020                              _____
                                                                        Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 9/29/2020                                       _____
                                                                        U.S. DISTRICT XXXXXXXXXX JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019