Jonathan Gross, State Bar No. 121010
jgross@moundcotton.com
Lawrence Hecimovich, State Bar No. 129688
lhecimovich@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS, LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

Attorneys for Defendant
TEROS ADVISORS, LLC

Benjamin Emmert
bemmert@littler.com
LITTLER MENDELSON
50 West San Fernando St., 15th Floor
San Jose, CA 95113

Attorneys for Plaintiff
MARSH & MCLENNAN AGENCY, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>TEROS ADVISORS, LLC, a California limited liability company,<br><br>     Defendant. | Case No. 4:20-cv-02679-HSG<br><br>**STIPULATION AND ORDER DENYING CONTINUING DATES** |
| TEROS ADVISORS, LLC, a California limited liability company,<br><br>     Counter-Claimant,<br><br>v.<br><br>MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>     Counter-Defendant. | MMA Complaint Filed: April 17, 2020<br>Teros Counter-Claim Filed: September 8, 2020<br>Trial Date: November 15, 2021 |

Plaintiff and Counter-Defendant MMA ("MMA") and Defendant and Counter-Claimant Teros ("Teros") (collectively "the Parties") submit this stipulation and proposed order to continue all dates in this matter by three months based on the fact that the current discovery cut-off is prior to the first date on which Teros's motion for judgment on the pleadings may be heard, based on the Court's docket and schedule.

WHEREAS, MMA served its Complaint on Teros on July 10, 2020;

WHEREAS, Teros filed its Answer and Counter-claim on September 8, 2020;

WHEREAS, MMA filed its Answer to Teros's Counter-claim on September 28, 2020;

WHEREAS, the Court set the last day to mediate the case for January 29, 2021 and the parties participated in a mediation on January 21, 2021 but were unable to resolve their disputes;

WHEREAS, the Court set the discovery cut-off for March 31, 2021;

WHEREAS, Teros intends to file a motion for judgment on the pleadings under FRCP 12(c) by no later than February 12, 2021;

WHEREAS, the earliest possible date that the motion for judgment on the pleadings may be heard, based on the Court's current docket, is May 6, 2021;

WHEREAS, the parties wish to obtain a ruling on Teros's motion prior to engaging in discovery;

THEREFORE, the parties stipulate to extend the cut-off dates for the above per the Court's directive, as follows:

| Activity | Current Date | Parties' Proposal | Court's Modified Date |
|---|---|---|---|
| Fact Discovery Cut-off | March 31, 2021 | June 30, 2021 | |
| Expert Reports | May 7, 2021 | July 9, 2021 | |
| Rebuttal Reports | May 21, 2021 | August 20, 2021 | |
| Close of Expert Discovery | June 14, 2021 | September 17, 2021 | |
| Hear Dispositive Motions | August 12, 2021 | November 12, 2021 | |
| Pre-Trial Conference | November 2, 2021 | February 8, 2022 | |
| Trial | November 15, 2021 | February 22, 2022 | |

| | |
|---|---|
| Dated: February 12, 2021 | MOUND COTTON WOLLAN & GREENGRASS LLP |
| | |
| | By: /s/Lawrence Hecimovich |
| | Jonathan Gross |
| | Lawrence Hecimovich |
| | Attorneys for TEROS ADVISORS, LLC |
| | |
| Dated: February 12, 2021 | LITTLER MENDELSON |
| | |
| | By: /s/Benjamin Emmert |
| | Benjamin Emmert |
| | Attorneys for MARSH & MCLENNAN AGENCY LLC |

### SIGNATURE ATTESTATION

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: February 12, 2021

/s/Lawrence Hecimovich
Lawrence Hecimovich

**IT IS SO ORDERED.**

Dated: 2/16/2021



Hon. H[...]
Judge o[...] [...]strict C[...]

DENIED
Judge Haywood S. Gilliam Jr.