| | |
|---|---|
| 1 | DOUGLAS A. WICKHAM, Bar No. 127268 |
| 2 | LITTLER MENDELSON, P.C.<br>633 West 5th Street, 63rd Floor |
| 3 | Los Angeles, CA 90071<br>Telephone:    213.443.4300 |
| 4 | Facsimile:    213.443.4299<br>Email:        dwickham@littler.com |
| 5 | BENJAMIN A. EMMERT, Bar No. 212157 |
| 6 | LITTLER MENDELSON, P.C.<br>50 West San Fernando Street, 7th Floor |
| 7 | San Jose, CA 95113.2303<br>Telephone:    408.998.4150 |
| 8 | Facsimile:    408.288.5686<br>E-mail:        bemmert@littler.com |
| 10 | Attorneys for Plaintiff/Counter Defendant<br>MARSH & MCLENNAN AGENCY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>              Plaintiff and Counter-Defendant,<br><br>   v.<br><br>TEROS ADVISORS, LLC, a California limited liability company,<br><br>              Defendant and Counter Claimant.<br><br>And Related Cross-Complaint | Case No. 4:20-cv-02679-HSG<br><br>**STIPULATION AND ORDER CONTINUING FACT DISCOVERY CUTOFF FOR SPECIFIC DEPOSITIONS PROPERLY NOTICED BEFORE DISCOVERY CUTOFF** |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

1

4:20-cv-02679-HSG

STIPULATION AND ORDER CONTINUING FACT DISCOVERY CUTOFF FOR SPECIFIC DEPOSITIONS PROPERLY NOTICED BEFORE DISCOVERY CUTOFF

Plaintiff and Counter-Defendant Marsh & McLennan Agency, LLC ("MMA") and Defendant and Counter-Claimant Teros ("Teros") (collectively "the Parties") submit this stipulation and proposed order to continue the fact discovery cutoff date in this matter for a period of four (4) weeks to allow the Parties to take three specified depositions that have been requested prior to the discovery cut-off but have not been noticed/scheduled prior to the discovery cut off.  The depositions subject to this stipulation are the depositions of MMA's corporate representative, the deposition of Teros' corporate representative, and the deposition of Teros' President, Nathan White. The Parties' stipulation is based on the following:

WHEREAS, MMA served its Complaint on Teros on July 10, 2020;

WHEREAS, Teros filed its Answer and Counter-Claim on September 30, 2020;

WHEREAS, MMA filed its Answer to Teros' Counter-Claim on September 28, 2020;

WHEREAS, the Court set the discovery cut-off for March 31, 2021;

WHEREAS, Teros noticed the deposition of MMA's corporate representative on certain specified topics;

WHEREAS, MMA subsequently noticed the deposition of Teros' corporate representative and the deposition of its employee, Nathan White and served deposition notices for these depositions.

WHEREAS, following Teros requesting the deposition of MMA's corporate representative and MMA's noticing the deposition of Teros' corporate representative and Mr. Nathan White, the Parties met and conferred regarding the scope of the depositions of MMA's corporate representative and Teros' corporate representative, and met and confer regarding dates for the depositions.

WHEREAS, despite efforts to schedule these depositions prior to the discovery cut off, due to MMA's unavailability, the Parties have been unable to schedule the deposition of MMA's corporate representative prior to the discovery cut-off.

WHEREAS, MMA and Teros have agreed to take the depositions of MMA's corporate representative, Teros' corporate representative, and Mr. Nathan White in April 2021.

//

//

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

WHEREAS, the Parties respectfully request the Court continue the discovery cut-off to April 30 to allow them to take the depositions of MMA's corporate representative, Teros' corporate representative, and Mr. Nathan White.

**NOW THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

That the discovery cut-off date of March 31, 2021, be continued to April 30, 2021, to allow the Parties to take the depositions of MMA's corporate representative, Teros' corporate representative, and Mr. Nathan White.

**IT IS SO STIPULATED**

Pursuant to Northern District of California's Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: March 16, 2021

/s/ Benjamin A. Emmert
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff/Counter Defendant
MARSH & MCLENNAN AGENCY, LLC

Dated: March 16, 2021

/s/ Lawrence Hecimovich
LAWRENCE HECIMOVICH
MOUND COTTON WOLLAN &
GREENGRASS, LLC
Attorneys for Defendant/Counter Claimant
TEROS ADVISORS, LLC

**ORDER**

Pursuant to the stipulation of the Parties, the Stipulation of the Parties' is GRANTED. The fact discovery cut-off is continued to April 30, 2021, for the purpose of taking the deposition of MMA's corporate representative, Teros' corporate representative, and Mr. Nathan White.

**IT IS SO ORDERED.**

Dated: 3/17/2021

Hon. Haywood S. Gilliam, Jr.
Judge of the United States District Court

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

3                                                4:20-cv-02679-HSG
STIPULATION AND ORDER CONTINUING FACT DISCOVERY CUTOFF FOR SPECIFIC DEPOSITIONS PROPERLY NOTICED BEFORE DISCOVERY CUTOFF