Jonathan Gross, State Bar No. 121010
jgross@moundcotton.com
Lawrence Hecimovich, State Bar No. 129688
lhecimovich@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS, LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile: (510) 900-9381

Attorneys for Defendant
TEROS ADVISORS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>TEROS ADVISORS, LLC, a California limited liability company,<br><br>    Defendant. | Case No. 4:20-cv-02679-HSG<br><br>ADMINISTRATIVE MOTION AND ORDER DENYING TO CHANGE DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT<br><br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>MMA Complaint Filed: April 17, 2020<br>Trial Date: TBD |
| TEROS ADVISORS, LLC, a California limited liability company,<br><br>    Counter-Claimant,<br><br>v.<br><br>MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>    Counter-Defendant. | |

1. On February 11, 2021, Defendant Teros Advisors, LLC's filed its Motion for Judgment on the Pleadings. Teros set that motion for the earliest possible date on the Court's Calendar, June 3, 2021.

2. The court heard Defendant's motion on June 3, 2021. The Court appeared to indicate that it intended to grant Defendant judgment as to part or all of Plaintiff's Complaint.

3. The court has not yet ruled on the motion for judgment on the pleadings.

1
MOTION TO CHANGE DEADLINE FOR FILING - CASE NO. 4:20-CV-02679-HSG

4. The last day to file motions for summary judgment is currently set for July 8, 2021.

5. Defendant respectfully requests that the Court change the dipositive motion filing deadline to thirty (30) days after the Court rules on Defendant's motion for Judgment on the Pleadings, which was heard on June 3, 2021.

6. Defendant has not previously asked the Court to change this deadline.

7. This change is necessary because Defendant is unable to frame its motion for summary judgment in such a way as to avoid unnecessary pleading and argument.

8. Changing the dispositive motion cut-off will not affect any other deadlines in this case, as the pre-trial conference is not set until November 2, 2021.

9. The opposing side has not agreed. I tried to obtain the opposing party's agreement to this change.

I declare under penalty of perjury that the above statements are true and correct.

Dated: July 2, 2021

Respectfully submitted,

By: /s/Lawrence Hecimovich
Lawrence Hecimovich
Attorneys for TEROS ADVISORS, LLC

The motion is DENIED.

IT IS SO ORDERED.

DATED: 7/6/2021



Hon. Haywood S. Gilliam, Jr.
United States District Judge

2
MOTION TO CHANGE DEADLINE FOR FILING - CASE NO. 4:20-CV-02679-HSG