Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company )
)
)   Case No: 4:20-cv-02679-HSG
Plaintiff(s), )
)   **APPLICATION FOR**
v. )   **ADMISSION OF ATTORNEY**
)   **PRO HAC VICE; ORDER**
TEROS ADVISORS, LLC, a California limited liability company; RESOURCES INVESTMENT ADVISORS, LLC, a Missouri limited liability company; DIGITAL INSURANCE LLC, a Delaware limited liability company; DIGITAL INSURANCE AGENCY LLC, a Delaware limited liability company; DIGITAL INSURANCE HOLIDNGS, LLC, a Delaware limited liability company; and ONE DIGITAL )   (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )
)

I, HILLARY K. LUKACS, an active member in good standing of the bar of GEORGIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Resources Investment Advisors, LLC; Digital Insurance LLC, Digital Insurance Agency LLC, Digital Insurance Holdings, LLC and One Digital in the above-entitled action. My local co-counsel in this case is Chad Weaver, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE<br>Suite 1600<br>Atlanta, GA 30326 | Chad Weaver<br>Freeman Mathis & Gary, LLP<br>3030 Old Ranch Parkway<br>Suite 280<br>Seal Beach, CA 90740-2713 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 504-5492 | (562) 583-2126 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hlukacs@mmmlaw.com | cweaver@fmglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 141034.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/26/21

HILLARY K. LUKACS
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of HILLARY K. LUKACS is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/3/2021

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE  *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



Mrs. Hillary Kinsey Lukacs
Morris Manning & Martin LLP
3343 Peachtree Road NE Suite 1600
Atlanta, GA  30326

CURRENT STATUS:        Active Member-Good Standing
DATE OF ADMISSION:     11/24/2015
BAR NUMBER:            141034
TODAY'S DATE:          08/10/2021

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435