Morris, Manning & Martin, LLP
Eric A. Larson
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: 404.495.3618
elarson@mmmlaw.com

Freeman, Mathis & Gary, LLP
Chad Weaver
California Bar No. 191984
3030 Old Ranch Parkway
Suite 280
Seal Beach, CA 90740-2713
Telephone: 562.583.2126
cweaver@fmglaw.com

Attorneys for Defendants RESOURCES INVESTMENT ADVISORS, LLC; DIGITAL INSURANCE LLC; DIGITAL INSURANCE AGENCY LLC,; DIGITAL INSURANCE HOLDINGS, LLC; and ONE DIGITAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>TEROS ADVISORS, LLC a California limited liability company; RESOURCES INVESTMENT ADVISORS, LLC, a Missouri limited liability company; DIGITAL INSURANCE LLC; a Delaware limited liability company; DIGITAL INSURANCE AGENCY LLC, a Delaware limited liability company; DIGITAL INSURANCE HOLDINGS, LLC, a Delaware limited liability company; and ONE DIGITAL,<br><br>Defendants. | Civil Action No. 4:20-cv-02679-HSG<br><br>STIPULATION REGARDING MOTION FOR ADMINISTRATIVE RELIEF AND ORDER<br><br>Civil L.R. 7-12<br><br>Date:        N/A<br>Time:       N/A<br>Judge:      Haywood S. Gilliam, Jr.<br>Courtroom: 2 (4th Fl.)<br><br>Trial Date: April 25, 2022<br>Complaint Filed:  April 17, 2020 |

Defendants Resources Investment Advisors, LLC, Digital Insurance LLC, Digital insurance Agency LLC, Digital Insurance Holding, LLC, and "One Digital" (collectively, "Defendants") and Plaintiff Marsh & McLennan Agency, LLC ("Plaintiff"), pursuant to Civil L.R. 7-12, stipulate that they agree to an order setting a hearing date in October 2021 for Defendants' Motion to Dismiss (Dkt. 88), and Defendants' Motion to Stay Discovery (Dkt. 103).

Dated: September 24, 2021

| LITTLER MENDELSON, P.C. | MORRIS, MANNING & MARTIN, LLP |
|---|---|
| By: *s/ Benjamin A. Emmert*<br>BENJAMIN A. EMMERT, Bar No. 212157<br>50 West San Fernando Street, 7th Floor<br>San Jose, CA 95113.2303<br>Telephone: 408.998.4150<br>Fax No.: 408.288.5686<br>E-mail: bemmert@littler.com<br><br>DOUGLAS A. WICKHAM, State Bar No. 127268<br>633 West 5th Street, 63rd Floor<br>Los Angeles, CA 90071<br>Telephone: 213.443.4300<br>Facsimile: 213.443.4299<br>Email: dwickham@littler.com<br><br>Attorneys for Plaintiff<br>MARSH & MCLENNAN AGENCY, LLC | By: *s/ Eric A. Larson*<br>ERIC A. LARSON (Pro Hac Vice)<br>HILLARY K. LUKACS (Pro Hac Vice)<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326<br>Telephone: 404-495-3618<br>elarson@mmmlaw.com<br>hlukacs@mmmlaw.com<br><br>FREEMAN MATHIS & GARY, LLP<br>Chad Weaver<br>California Bar No. 191984<br>3030 Old Ranch Parkway<br>Suite 280<br>Seal Beach, CA 90740-2713<br>Telephone: 562.583.2126<br>cweaver@fmglaw.com<br><br>Attorneys for Defendants Resources Investment Advisors, LLC, Digital Insurance LLC, Digital Insurance Agency LLC, Digital Insurance Holdings, LLC, and One Digital |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that Defendants' Motion to Dismiss and Motion to Stay Discovery will be set for hearing on October 14, 2021 at 2:00 p.m.

DATE: 9/27/2021

BY: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge