Morris, Manning & Martin, LLP
Eric A. Larson
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: 404.495.3618
elarson@mmmlaw.com

Freeman, Mathis & Gary, LLP
Chad Weaver
California Bar No. 191984
3030 Old Ranch Parkway
Suite 280
Seal Beach, CA 90740-2713
Telephone: 562.583.2126
cweaver@fmglaw.com

Attorneys for Defendants RESOURCES INVESTMENT ADVISORS, LLC; DIGITAL INSURANCE LLC; DIGITAL INSURANCE AGENCY LLC,; DIGITAL INSURANCE HOLDINGS, LLC; and ONE DIGITAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>TEROS ADVISORS, LLC a California limited liability company; RESOURCES INVESTMENT ADVISORS, LLC, a Missouri limited liability company; DIGITAL INSURANCE LLC; a Delaware limited liability company; DIGITAL INSURANCE AGENCY LLC, a Delaware limited liability company; DIGITAL INSURANCE HOLDINGS, LLC, a Delaware limited liability company; and ONE DIGITAL,<br><br>Defendants. | Civil Action No. 4:20-cv-02679-HSG<br><br>STIPULATION REGARDING SEVERANCE AND STAY, AND ORDER (**as modified**)<br><br>FRCP 21 AND 42<br><br>Date:     N/A<br>Time:     N/A<br>Judge:    Haywood S. Gilliam, Jr.<br>Courtroom: 2 (4th Fl.)<br><br>Trial Date: April 25, 2022<br>Complaint Filed: April 17, 2020 |

Stipulation Regarding Severance and Stay

CASE NO. 4:20-CV-20679-HSG

Pursuant to the Court's instructions during the September 30, 2021 case management conference, as further ordered by the Court's minute entry (Dkt. 115), Defendants Resources Investment Advisors, LLC, Digital Insurance LLC, Digital Insurance Agency LLC, Digital Insurance Holding, LLC, and "One Digital" (collectively, "Alleged Successor Defendants"), Defendant Teros Advisors, LLC ("Teros") and Plaintiff Marsh & McLennan Agency, LLC ("Plaintiff"), stipulate and agree as follows:

1. Plaintiff's claims against the Alleged Successor Defendants shall be severed and stayed pending the resolution of Plaintiff's claims against Teros. Fed. R. Civ. P. 21.

2. The October 14, 2021 hearing set for the Motion to Dismiss (Dkt. 88), and Motion to Stay Discovery (Dkt. 103) is adjourned, without prejudice to being renoticed in the future.

3. All discovery with respect to the Alleged Successor Defendants, including initial disclosures and discovery requests received from Plaintiff (including discovery served on Teros), is stayed pending the resolution of Plaintiff's claims against Teros.

4. The Amended Scheduling Order, dated July 20, 2021 (Dkt. 80) is vacated, with the sole exceptions of the Pretrial Conference and Jury Trial dates, which shall remain unchanged.

5. In the event that a trial proceeds against Teros and Plaintiff obtains a judgment, which is not satisfied by Teros, Plaintiff's claims against the Alleged Successor Defendants may be set for a separate trial, including entry of a new scheduling order specific to those claims. Fed. R. Civ. P. 42.

**IT IS SO STIPULATED**

Pursuant to Northern District of California's Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: October 7, 2021

*s/ Eric A. Larson*
ERIC A. LARSON
MORRIS, MANNING & MARTIN, LLP
Attorneys for Defendants Resources Investment Advisors, LLC, Digital Insurance LLC, Digital Insurance Agency LLC, Digital Insurance Holdings, LLC, and One Digital

1  Dated: October 7, 2021

                                        *s/ Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff/Counter Defendant
MARSH & MCLENNAN AGENCY, LLC

Dated: October 7, 2021

                                        *s/ Lawrence Hecimovich*
LAWRENCE HECIMOVICH
MOUND COTTON WOLLAN & GREENGRASS, LLC
Attorneys for Defendant/Counter Claimant
TEROS ADVISORS, LLC

---

Stipulation Regarding Severance and Stay      - 3 -      CASE NO. 4:20-CV-20679-HSG

ORDER

The Parties' Stipulation is GRANTED, except that paragraph four, which states "The Amended Scheduling Order, dated July 20, 2021 (Dkt. 80) is vacated, with the sole exceptions of the Pretrial Conference and Jury Trial dates, which shall remain unchanged," is not granted. The entire Amended Scheduling Order remains in force as entered.

IT IS SO ORDERED.

DATE: 10/12/2021

BY: *[signature]*

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge