Jonathan Gross, State Bar No. 121010
jgross@moundcotton.com
Lawrence Hecimovich, State Bar No. 129688
lhecimovich@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS, LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

Attorneys for Defendant
TEROS ADVISORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>TEROS ADVISORS, LLC, a California limited liability company,<br><br>    Defendant. | Case No. 4:20-cv-02679-HSG<br><br>**STIPULATION AND EXTENDING TIME TO EXCHANGE PRE-TRIAL MATERIALS**<br><br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2 - Oakland<br>MMA Complaint Filed: April 17, 2020<br>Trial Date: April 25, 2022 |
| TEROS ADVISORS, LLC, a California limited liability company,<br><br>    Counter-Claimant,<br><br>v.<br><br>MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>    Counter-Defendant. | |

WHEREAS, the above-captioned case is scheduled for a trial before this Court on April 25, 2022; and

WHEREAS, the Court has directed the parties to participate in a mediation on March 8, 2022; and

WHEREAS, the Court has ordered the exchange of proposed exhibits, charts, schedules, summaries, diagrams, exhibit and witness lists on March 8, 2022, the same day as the court-ordered settlement conference; and

WHEREAS, the parties are desirous of reaching an amicable negotiated settlement and wish to avoid incurring unnecessary costs and expense in preparing exhibits and exhibit lists; and

Now it is hereby stipulated and agreed that the exchange of proposed exhibits, charts, schedules, summaries, diagrams, exhibit and witness lists currently scheduled for March 8, 2022 be and hereby is extended by mutual consent of the parties to March 15, 2022.

IT IS SO STIPULATED:

Dated: March 3, 2022                          MOUND COTTON WOLLAN & GREENGRASS LLP

By: /s/ Lawrence Hecimovich
    Jonathan Gross
    Lawrence Hecimovich
    Attorneys for TEROS ADVISORS, LLC

Dated: March 3, 2022                          LITTLER MENDELSON P.C.

By: /s/ Benjamin A. Emmert
    Benjamin A. Emmert
    Attorneys for MARSH & MCLENNAN AGENCY, LLC

**ORDER**

Good cause appearing, the court APPROVES the parties' stipulation and orders that the parties exchange of proposed exhibits, charts, schedules, summaries, diagrams, exhibit and witness lists is extended to March 15, 2022.

**IT IS SO ORDERED.**

DATED: 3/4/2022                               _____
                                              Hon. Haywood S. Gilliam, Jr
                                              UNITED STATES DISTRICT JUDGE