Jonathan Gross, State Bar No. 121010
jgross@moundcotton.com
Lawrence Hecimovich, State Bar No. 129688
lhecimovich@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS, LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

Attorneys for Defendant
TEROS ADVISORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>TEROS ADVISORS, LLC, a California limited liability company,<br><br>　　　Defendant. | Case No. 4:20-cv-02679-HSG<br><br>**STIPULATION WAIVING AND ESCHEWING JURY TRIAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 39** |
| TEROS ADVISORS, LLC, a California limited liability company,<br><br>　　　Counter-Claimant,<br><br>v.<br><br>MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company,<br><br>　　　Counter-Defendant. | Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2 - Oakland<br>MMA Complaint Filed: April 17, 2020<br>Trial Date: April 25, 2022 |

The Parties Stipulate as follows:

Whereas, Trial in this matter is set for April 25, 2022; and

Whereas, no party has requested a jury trial;

Now, Therefore, the Parties jointly stipulate pursuant to F. R. Civ. P. 39 that they waive and eschew a jury trial, and request a nonjury trial.

IT IS SO STIPULATED:

Dated:  March 3, 2022	MOUND COTTON WOLLAN & GREENGRASS LLP


By:	*/s/ Lawrence Hecimovich*
	Jonathan Gross
	Lawrence Hecimovich
	Attorneys for TEROS ADVISORS, LLC

Dated:  March 3, 2022	LITTLER MENDELSON P.C.


By:	*/s/ Benjamin A. Emmert*
	Benjamin A. Emmert
	Attorneys for MARSH & MCLENNAN AGENCY, LLC

### ORDER

Good cause appearing, the court APPROVES the parties' stipulation and orders that this matter be tried to the Court without a jury.

**IT IS SO ORDERED.**

DATED:  3/4/2022

_____
Hon. Haywood S. Gilliam, Jr
UNITED STATES DISTRICT JUDGE